# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHRN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WINDY CITY LIMOUSINE COMPANY, LLC, a limited liability company, ) ) ) Plaintiff, ) ) ) v. ) ) CINCINNATI FINANCIAL CORPORATION, ) a corporation, THE CINCINNATI INSURANCE ) COMPANY, a stock insurance company, ) THE CINCINNATI CASUALTY COMPANY, ) a stock insurance company, THE CINCINNATI ) INDEMNITY COMPANY, a stock insurance ) Company, and VALLEY COMPANIES, INC., ) a corporation, ) ) Defendants. ) | Case No. 1:20-cv-4901  Hon. Andrea R. Wood |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(5) and 12(b)(6), Defendants hereby move the Court to dismiss plaintiff's Complaint (ECF Doc. # 1-1) for ineffective service and, additionally, for failure to state a claim upon which relief can be granted. A Memorandum in Support of this Motion follows.

Dated: September 10, 2020

Respectfully submitted,

/s/ Michael P. Baniak_____

Brian M. Reid
Michael P. Baniak
Litchfield Cavo, LLP
303 W. Madison, Suite 300
Chicago, IL 60606
Tel.: (312) 781-6617 (Reid)
Tel.: (312) 781-6596 (Baniak)

Fax.: (312) 781-6630
Reid@LitchfieldCavo.com
Baniak@LitchfieldCavo.com

*Attorneys for Defendants Cincinnati Financial Corporation, The Cincinnati Insurance Company, The Cincinnati Casualty Company, and The Cincinnati Indemnity Company*

## Certificate of Service

I hereby certify that on September 10, 2020, I electronically filed the foregoing Motion to Dismiss with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

/s/ Michael P. Baniak