# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

WINDY CITY LIMOUSINE, LLC,

Plaintiff(s),

v.

CINCINNATI FINANCIAL CORPORATION, et al,

Defendant(s).

Case No. 1-20-cv-04901
Judge Andrea R. Wood

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: in favor of Defendants Cincinnati Financial Corporation; The Cincinnati Insurance Company; The Cincinnati Casualty Company; The Cincinnati Indemnity Company; Valley Companies, Inc and against Plaintiff Windy City Limousine, LLC.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Andrea Wood on a motion to dismiss.

Date:  11/15/2021                                 Thomas G. Bruton, Clerk of Court

David Lynn , Deputy Clerk