Form 1A

Notice of Appeal to a Court of Appeals From a Judgment of a District Court

United States District Court for the Northern
District of Illinois
Docket Number 1:20-cv-04901

| | |
|---|---|
| WINDY CITY LIMOUSINE COMPANY, LLC, a limited liability company,<br><br>      Plaintiff,<br><br>      v.<br><br>CINCINNATI FINANCIAL CORPORATION, a corporation; THE CINCINNATI INSURANCE COMPANY, a stock insurance company; THE CINCINNATI CASUALTY COMPANY, a stock insurance company; THE CINCINNATI INDEMNITY COMPANY, a stock insurance company; and VALLEY COMPANIES, INC., a corporation,<br><br>      Defendants | No. 1:20-cv-04901<br>Notice of Appeal |

### NOTICE OF APPEAL

  Plaintiff, Windy City Limousine Company, LLC, a limited liability company appeal to the United States Court of Appeals for the 7th Circuit from the final judgment entered by the Hon. Andrea R. Wood on 11/15/21.

                   s/*Daniel S. Kirschner*
                   Attorney for Plaintiff
                   33 N. Dearborn St., Suite 2100
                   Chicago, Illinois 60602

[***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration with this Notice of Appeal.*]